THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE NEW YORK AND HARLEM RAILROAD COMPANY, *Appellant, v.* HIRAM ROGERS and others, *Respondents.* — Order affirmed, with costs and disbursements.  Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

THE DUPLEX SAFETY BOILER COMPANY, *Appellant, v.* C. HENRY GARDEN and others, *Respondents.* — Order setting aside verdict and judgment thereon reversed and new trial granted, costs to abide the event.  Opinion by BARNARD, P. J.; PRATT, J., not sitting.

CHARLES J. SUTPHEN, *Administrator, etc., Appellant, v.* MARGARET A. MOTT, and others, *Respondents.* — Decree of surrogate so far as it directs the payment of Margaret Mott's claim reversed, with costs.